IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUNO INVESTMENTS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-882 (MN) (CJB) ) |
| JOHN R. MILLER, ESQUIRE and RAYBURN COOPER & DURHAM, P.A., | ) ) ) |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 20th day of July 2021:

WHEREAS, on June 25, 2021, Magistrate Judge Burke issued a Report and Recommendation ("the Report") (D.I. 35) in this action, recommending that the Court deny Defendants' motion to dismiss and, in the alternative, for a more definite statement filed pursuant to Rule 12(b)(6) and Rule 12(e) of the Federal Rules of Civil Procedure (D.I. 6); and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation is ADOPTED.

Defendants' motion to dismiss and, in the alternative, for a more definite statement (D.I. 6) is DENIED.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Court Judge